USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET
## SEALED

United States Courts
Southern District of Texas
FILED

No. **4:22-cr-372**

HOUSTON DIVISION

USAO Number: 2021R03054

Magistrate Number:

CRIMINAL INDICTMENT

Filed *July 28, 2022*

Nathan Ochsner, Clerk of Court

Judge: **Lake**

**ATTORNEYS:**

UNITED STATES of AMERICA
vs.

**Jennifer B. Lowery, USA**           (713) 567-9000

Thomas H. Carter III, AUSA         (713) 567-9000

CALEB JORDAN MCCRELESS (Cts. 1-6)

CHRISTOPHER LUKE MCGINNIS (Ct. 1)

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 6 )

Ct. 1: Conspiracy [18. U.S.C. § 1349]

Cts. 2-6: Wire Fraud [18 U.S.C. § 1343]

**PENALTY:** Cts. 1-6: Up to 20 years incarceration, up to a $250,000 fine, up to 3 years Supervised release, and a $100 special assessment

NOTICE OF FORFEITURE: [18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c)]

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: