Case 4:22-cr-00372   Document 3   Filed on 07/28/22 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
**FILED**
*July 28, 2022*
Nathan Ochsner, Clerk of Court

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES OF AMERICA<br><br>VS<br><br>CALEB JORDAN MCCRELESS and CHRISTOHER LUKE MCGINNIS, Defendants. | Case No. **4:22-cr-372**<br><br>Filed Under Seal |

## MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through Jennifer Lowery, United States Attorney, and Thomas H. Carter, Assistant United States Attorney, for the Southern District of Texas, and moves this Honorable Court to seal the indictment and attachments in this matter in support thereof, and would state the following:

The indictment and the supporting documents contain information related to and the identity of the subjects of a criminal investigation, and information regarding an investigation involving an interstate investigation. This evidence can easily be relocated, destroyed or altered. The criminal acts being investigated and methods which are being employed to investigate the criminal activity are sensitive information. Public exposure of this information could compromise the investigation, the preservation of evidence, and arrest of the defendants.

WHEREFORE, the Government requests that the Indictment, supporting documents and this document, be filed under seal for ninety (90) days, except for a copy to the Affiant and investigating agency for their investigative needs and a copy to execute the warrants.

                              Respectfully submitted,

                              JENNIFER LOWERY
                              United States Attorney

                              *THOMAS H. CARTER*
                              Thomas H. Carter
                              Assistant United States Attorney
                              713-567-9470