**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
July 30, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE UNITED STATES OF AMERICA<br><br>VS.<br><br>CALEB JORDAN MCCRELESS, and CHRISTOPHER LUKE MCGINNIS,<br>          Defendants. | Case No. __4:22-cr-372__<br><br>**Filed Under Seal** |

## ORDER TO SEAL INDICTMENT

The Court ORDERS that the Indictment, supporting docs, and this Order be sealed by the U.S. District Clerk from any publication or access by the public for ninety (90) days or until further order of this Court.

IT IS FURTHER ORDERED that a copy is to be provided to the Affiant and investigating agency for their investigative needs, and all documents are to be unsealed upon the arrest of the defendant.

Signed on __JULY    28__, 2022.

_____
Hon. Yvonne Y. Ho
UNITED STATES MAGISTRATE