**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
July 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § CRIMINAL NO: **4:22-cr-372** |
| CALEB JORDAN MCCRELESS | § **SEALED** § § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  <u>CRIMINAL INDICTMENT</u>  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

CALEB JORDAN MCCRELESS

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on July 28, 2022.

_Yvonne Y. Ho_
UNITED STATES MAGISTRATE JUDGE